IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY D. LEISER,

    Plaintiff,

v.                                          Case No. 15-cv-768-slc

KAREN KLOTH,
REED RICHARDSON,
and PAULA STOUDT,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that defendants Karen Kloth, Reed Richardson, and Paula Stoudt, by their attorneys, Attorney General Brad D. Schimel and Assistant Attorney General Rachel L. Bachhuber, hereby appeal to the United States Court of Appeals for the Seventh Circuit, from the decision and order of United States District Court Magistrate Judge Stephen L. Crocker, dated October 19, 2017, which denied said defendants' motion for summary judgment on the basis of qualified immunity and on other grounds. The district court's denial of qualified immunity is an immediately appealable final decision, within the meaning of 28 U.S.C. § 1291. *Behrens v. Pelletier,* 516 U.S. 306–07 (1996).

Dated this 17th day of November, 2017.

BRAD D. SCHIMEL
Wisconsin Attorney General


/s/ Rachel L. Bachhuber
RACHEL L. BACHHUBER*
Assistant Attorney General
State Bar #1052533

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188
(608) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us

*Counsel of Record*