IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY D. LEISER

    Plaintiff,

v.

KAREN KLOTH, et al.,

    Defendants.

OPINION and ORDER

Case No. 15-cv-768-slc

The court has received the mandate from the Court of Appeals for the Seventh Circuit, remanding this case with instructions to enter judgment in defendants' favor on qualified immunity grounds. (Dkt. 71.)

ORDER

IT IS ORDERED THAT:

1) Plaintiff Jeffrey Leiser's motion for reconsideration (dkt. 59) is DENIED as moot.

2) Defendants' motion for summary judgment (dkt. 21) is GRANTED.

3) The clerk of court is directed to enter judgment accordingly and close this case.

Entered this 4th day of October, 2019.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge