IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY D. LEISER,

    Plaintiff,

  v.

Case No. 15-cv-768-slc

KAREN KLOTH, PAULA STOUDT and
REED RICHARDSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/4/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |